**284**

to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Hendrickson has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

Before HIGGINBOTHAM, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Having reviewed the record, the relevant law, and the parties' arguments on appeal, we AFFIRM the judgment of the district court.

Adam CLEGG, Plaintiff–Appellant

v.

MEDICAL PRACTICES SOLUTIONS, INCORPORATED, Defendant–Appellee.

No. 14–60137.

United States Court of Appeals, Fifth Circuit.

March 19, 2015.

Michael Farrell, Esq., Jackson, MS, for Plaintiff–Appellant.

William Thomas Siler, Jr., Esq., Jason Thomas Marsh, Esq., Phelps Dunbar, L.L.P., Jackson, MS, for Defendant–Appellee.

UNITED STATES of America, Plaintiff–Appellee

v.

Derek MILLER, also known as St Louis, Defendant–Appellant.

No. 14–60464
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 19, 2015.

Clayton Adair Dabbs, U.S. Attorney's Office, Oxford, MS, for Plaintiff–Appellee.

Leroy Davis Percy, Percy Law Firm, P.L.L.C., Oxford, MS, for Defendant–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.